[No. 1387-3. Division Three. May 27, 1976.]

THE STATE OF WASHINGTON, *Respondent*, v. PATRICK EARL THOMAS, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 22702, William J. Grant, J., entered December 10, 1974. *Affirmed* by unpublished opinion per Green, J., concurred in by McInturff, C.J., and Munson, J.

[No. 1513-2. Division Two. May 28, 1976.]

*In the Matter of the Marriage of* ROBERT W. HIGGINBOTHAM, *Appellant, and* MARY ANN HIGGINBOTHAM, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 211033, Horace G. Geer, J., entered June 24, 1974. *Affirmed* by unpublished opinion per Reed, J., concurred in by Petrie, C.J., and Pearson, J.

[No. 3024-1. Division One. June 1, 1976.]

*In the Matter of the Marriage of* NINA GRADER, *Respondent, and* WILLIAM GRADER, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 119281, Alfred O. Holte, J., entered April 22, 1974. *Affirmed as modified* by unpublished per curiam opinion.

[No. 3184-1. Division One. June 1, 1976.]

WILLIAM ROBINSON, *Respondent*, v. CHARLES W. HOPKINS, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 760991, Frank D. Howard, J., entered June 24, 1974. *Affirmed* by unpublished per curiam opinion.